WILLIAM HENKEL, JR., as Trustee of JOSEPH NEWMAN, Bankrupt, Respondent, *v.* CARNEGIE TRUST COMPANY et al., Appellants.

ROBERT C. MORRIS, as Receiver of SIMON LINDAU, Trad-ing under the Firm Name of S. LINDAU & COM-PANY, Bankrupt, Respondent, *v.* CARNEGIE TRUST COM-PANY et al., Appellants.

(Submitted January 25, 1915; decided February 2, 1915.)

Motions for re-argument denied, with ten dollars costs.    (See 213 N. Y. 185.)